**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6761**

———————

NATHANIEL ALBERT SHELL,

                                    Petitioner - Appellant,

          versus

COLIE L. RUSHTON, Warden of McCormick
Correctional Institution; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Henry M. Herlong, Jr., District
Judge.  (CA-02-964-2-20AJ)

———————

Submitted:  September 9, 2002        Decided:  September 24, 2002

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Nathaniel Albert Shell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathaniel Albert Shell seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Shell has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>Shell v. Rushton</u>, No. CA-02-964-2-20AJ (D.S.C. filed Apr. 16, 2002, entered Apr. 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>